IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TODD TUCKER                                                                                          PLAINTIFF(S)

CIVIL NO. 11-6055

POWELL LAW OFFICE, P.C.                                                                     DEFENDANT(S)

## ORDER

Please take notice that the above styled cause is scheduled for hearing on the following pending motion(s): Motion to Enforce the Settlement Agreement (Doc, #16). The hearing will take place on Monday, May 21, 2012 at 10:30 a.m. in the United States District Courtroom, United States Post Office and Courthouse, 100 Reserve Street, Room 360, Hot Springs, Arkansas.

IT IS SO ORDERED THIS May 8, 2012.

/s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE