IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| TODD TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | 6:11-cv-06055-RTD |
| | ) | |
| v. | ) | |
| | ) | Judge Dawson |
| POWELL LAW OFFICE, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

At the request of the Plaintiff, a motion having been duly filed, this matter is hereby dismissed *without* prejudice and without costs to either party.

It is further ordered that the Hearing on Plaintiff's Motion to Enforce Settlement, previously scheduled to proceed on May 21, 2012, is hereby stricken.

Hon. Robert Dawson
United States District Judge

Dated: 5/11/12

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 11 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

1